JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARMANDO RIVAS AND ANA TERESA RIVAS, | Case No. EDCV 08-1612-VAP (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RECONTRUST COMPANY, COUNTRYWIDE HOME LOANS, INC., and DOES 1-50, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 17, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge